# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JIMENEZ, JR., <br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, <br> Defendant. | EDCV 21-687 DSF (KKx) <br><br> Order DENYING Motion to Remand (Dkt.11) |

    Defendant Ford Motor Company removed this case based on diversity jurisdiction. Plaintiff now moves to remand. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for June 7, 2021 is removed from the Court's calendar.

    Plaintiff alleges that he is a resident of California and seeks recovery of numerous categories of damages related to Plaintiff's defective 2019 Ford Fusion, plus civil penalties up to twice Plaintiff's actual damages, and attorney's fees and costs. Based on these allegations, the Court is satisfied by a preponderance of the evidence that the parties are diverse and that the amount in controversy exceeds $75,000.

    The motion to remand is DENIED.

    IT IS SO ORDERED.

Date: May 26, 2021

                                              Dale S. Fischer <br>
                                              United States District Judge