WILSON TURNER KOSMO LLP
ROBERT A. SHIELDS (206042)
ASHLEY E. QUINN (331383)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: rshields@wilsonturnerkosmo.com
E-mail: aquinn@wilsonturnerkosmo.com
E-mail: warrantyeservice@wilsonturnerkosmo.com

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JIMENEZ JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:21-CV-00687-DSF-KK<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: January 18, 2021<br>Action Removed: April 16, 2021<br><br>District Judge: Dale S. Fischer<br><br>Magistrate Judge: Kenly Kiya Kato<br><br>Trial Date: Not Set |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff DANNY JIMENEZ JR. ("Plaintiff") and Defendant FORD MOTOR COMPANY ("FORD") (collectively, the "Parties") reached a settlement in this matter. The Parties respectfully request the Scheduling Conference presently set for June 7, 2021 be vacated and a settlement disposition conference be set in its place. The parties request the Motion to Remand hearing set for the same date be kept on calendar as jurisdiction is still at issue for the purposes of Plaintiff's forthcoming Motion for Attorney's Fees and Costs.

/ / /

The Parties anticipate filing a Joint Motion for Dismissal with Prejudice within sixty (60) days.

Dated: May 26, 2021         **WILSON TURNER KOSMO LLP**

By: /s/ *Ashley E. Quinn*
Robert A. Shields
Ashley E. Quinn
Attorneys for Defendant
FORD MOTOR COMPANY

Dated: May 26, 2021         **NEALE & FHIMA LLP**

By: /s/ *Russell Rascati*
RUSSELL RASCATI
Attorneys for Plaintiff
DANNY JIMENEZ, JR.

### SIGNATURE ATTESTATION

I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

/s/ *Ashley E. Quinn*
ASHLEY E. QUINN